# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Joe Hand Promotions, Inc., )<br>)<br>    Plaintiff, )<br>)<br>-vs- )<br>)<br>The Precint Bar - DAXLAM, Ltd., d/b/a )<br>The Precint Bar, and Bey Rutherford, )<br>)<br>    Defendants. )<br>_____ ) | 3:10-cv-00199-CMC |

## REQUEST FOR ENTRY OF DEFAULT

TO: THE HONORABLE LARRY W. PROPES, CLERK OF COURT

The Plaintiff requests the entry of a default against the Defendants, The Precint Bar - DAXLAM, Ltd., d/b/a The Precint Bar, and Bey Rutherford, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-captioned action, as fully appears from the court file herein and from the Affidavit of Plaintiff's Counsel in Support of Request for Entry of Default filed herewith.

s/Leonard R. Jordan, Jr.
Leonard R. Jordan, Jr., ID #2248
BERRY, QUACKENBUSH & STUART, P.A.
1122 Lady Street, 5th Floor
Post Office Box 394
Columbia, South Carolina 29202
(803) 779-2650 Tel
(803) 255-0179 Fax
Email: ljordan@bqslaw.com

Columbia, South Carolina     Attorneys for the Plaintiff
March 18, 2010
U:\Stephanie\Jordan Misc\Boxing Cases\Precint 8007.0019\Request for Entry of Default.wpd